# DECLARATION OF EDMOND HEELAN

## *FILED UNDER SEAL*