UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM DURLING, JAMES MORTON, JR., TOM WOLFF, MICHAEL MORRIS and RICHARD SOBOL,** for themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　v.<br><br>**PAPA JOHN'S INTERNATIONAL, INC.,**<br>　　　　　　　　Defendant. | Case No.7:16-cv-3592-CS-JCM<br><br>Class / Collective Action |

AND NOW, this Twelfth day of March, 2018, the Court hereby Orders as follows:

The Clerk of Court is directed to remove the filing currently numbered ECF No. 317, Plaintiffs' Memorandum of Law in Support of Renewed Motion for Conditional Certification, from the public docket in the above-captioned matter.

Plaintiffs are directed to file a Corrected Memorandum of Law in Support of Renewed Motion for Conditional Certification with redactions in accordance with the Court's March 12, 2018 Order granting Plaintiffs' Motion to Seal.  ECF No. 319.

SO ORDERED.

Dated:  March 12, 2018
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Cathy Seibel**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

{00291056 }