UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM DURLING, MICHAEL MORRIS, JAMES MORTON, JR., RICHARD SOBOL, MUHAMMAD SULTAN** and **TOM WOLFF,** for themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>**PAPA JOHN'S INTERNATIONAL, INC.,**<br>Defendant. | Case No.7:16-cv-3592-CS-JCM<br><br>Class / Collective Action<br><br>[PROPOSED] ORDER |

WHEREAS, on March 19, 2019, Plaintiffs filed a Letter Motion requesting a Pre-Motion Conference regarding Plaintiffs' request to submit 297 consent to join forms returned after the October 27, 2018 deadline (ECF No. 439);

WHEREAS, on March 20, 2019, the Court granted Plaintiffs' Letter Motion for Conference, scheduling a Pre-Motion Conference for April 9, 2019 (ECF No. 440);

WHEREAS, on April 2, 2019, Defendant filed its opposition to Plaintiffs' Motion requesting to submit 297 consent to join forms returned after the deadline ECF No. 441);

WHEREAS, on April 9, 2019, the Parties participated in the Pre-Motion Conference and Plaintiffs indicated that since filing their Letter Motion, an additional approximately 100 individuals had either returned consent to join forms or indicated to Plaintiffs' counsel their intention to do so (together with the 297 individuals, the "Late Opt-Ins");

IT IS HEREBY ORDERED THAT:
For the reasons stated on the record on April 9, 2019,
The Late Opt-Ins may join in this Action provided that, within thirty days, the putative opt-in has submitted an opt-in discovery questionnaire to Defendant and has filed his or her consent to join form with this Court.

56188258v.1

Any other putative opt-in who submitted his or her consent form to Plaintiffs' counsel after April 9, 2019 may not join in this Action absent a showing of good cause.

So Ordered.

_____
**Hon. Cathy Seibel**
**United States District Judge**

4/15/19