

Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
T (312) 460-5000
F (312) 460-7000

gmaatman@seyfarth.com
T (312) 460-5965

www.seyfarth.com

December 27, 2019

**VIA ECF & E-MAIL**
The Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

Re:  *William Durling, et al. v. Papa John's International, Inc*.
     Case No. 16-cv-03592 (S.D.N.Y.)

Dear Judge Seibel:

We represent Defendant Papa John's International, Inc. ("PJI") in the above-referenced matter. We write to inform the Court that Defendant consents to the request in Plaintiffs' pre-motion letter filed on November 20, 2019 regarding the addition of 365 late opt-ins to this action (ECF No. 460).

We thank Your Honor for Your continued attention to this matter.

Respectfully submitted,

Seyfarth Shaw LLP

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.

cc:    Counsel of Record

60890810v.1