# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WILLIAM DURLING, *et al.*,

                Plaintiffs,

   -against-

PAPA JOHN'S INTERNATIONAL, INC.,

                Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

16 Civ. 3592 (CS)(JCM)

TO ALL PARTIES:

The Telephone Conference scheduled for April 27, 2020 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  March 23, 2020
         White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge