UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM DURLING, *et al.*

                        Plaintiffs,                **ORDER**

    -against-                                16 Civ. 3592 (CS)(JCM)

PAPA JOHN'S INTERNATIONAL, INC.,

                        Defendant.
-----------------------------------------------------------X

      On July 2, 2021, the Court granted the parties' request to extend the remaining expert discovery deadlines and extended the deadline to complete all discovery to September 10, 2021. (Docket No. 494). The parties are directed to submit a joint letter to the Court on September 10, 2021 confirming that all discovery is complete.

Dated:  August 20, 2021
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge