# EXHIBIT 9

## CHART OF OPT-IN TESTIMONY

| Delivery Ranges | | |
|---|---|---|
| **Opt-In Name** | **Testimony** | **Citation to Deposition Tr.** |
| Alvardo Luis Aicardi | The average number of miles traveled per run would be about 15 miles. | Aicardi Tr. at 103:6-18. |
| Rodney Lewis Fields | He would drive at least 50 miles round trip for each trip away from the store (*i.e.*, a "run"). | Fields Tr. at 59:2-8. |
| Brian Foran | His delivery runs were "anywhere from 15 to 20" miles one way and that they would take "thirty to 45 minutes." | Foran Tr. at 59:9-17. |
| Travis Grafitti | Testified he would travel 20 miles roundtrip. | Grafitti Tr. at 77:12-15. |
| Wilson Macias | Testified that his store's location in Texas meant that some deliveries were "close," but some were "more spread out," and the mileage could vary from 1-2 miles up to 7-8 miles. | Macias Tr. at 77:12-25. |
| Pilar Sanchez | Testified that his standard delivery run would be around 30 miles round trip. | Sanchez Tr. at 49:13-20. |
| Joseph Stevens | Testified that his store had a 25-mile delivery radius and that his runs could take anywhere from "as little as ten to 15 minutes," and "up to half an hour, 45 minutes, depending on traffic." | Stevens Tr. at 56:20-57:4. |
| Michael Thomason | Testified that some of his deliveries could be up to 20 miles away from his store. | Thomason Tr. at 46:23-47:3. |
| Christaline West | Testified that her deliveries could be between 7 and 14 miles one way. | West Tr. at 47:24-48:3. |

79324056v.2

| Mulugeta Woube | Testified that her deliveries could be 15 to 20 miles per run. | Woube Tr. at 96:16-20. |

| Miles Per Delivery | | |
|---|---|---|
| **Name** | **Testimony** | **Citation to Deposition Tr.** |
| Carl Brown | Testified that in "Downtown Kansas City, Missouri," his typical delivery radius would be "as close as a block to 2-1/2 miles away," and that the store would not deliver to locations that are farther away than 2.5 miles. | Brown Tr. at 52:14-21, 53:14-17. |
| Bret Johnson | Testified that "[s]ometimes you'd have a delivery two blocks away, sometimes you would have one four miles away," which was due to his store's unique location in Central Denver. | Johnson Tr. at 81:5-12. |
| Latricia Roberts | Testified that her runs were between two and a half and, at the absolute most, 9.6 miles away. | Roberts Tr. at 52:13-53:2, 118:1-13. |
| Daniel Timm | Testified that delivery was up to 5 to 6 miles one way, but averaging 6-miles and 7-miles round trip. | Timm Tr. at 51:1-8. |
| Henry Kisielewicz | Testified that a delivery could be "as little as, I'd say, 2 miles up to maybe 10, 12 miles" for a one-way trip, but that he could drive as little as six miles total in an entire week. | Kisielewicz Tr. at 60:1-4, 61:3-11, 62:8-63:2. |

2

| Ki Hang Law | Testified that "on a slowest day it would be about 20 miles per shift, a super busy day up to 70 to 80 miles." | Law Tr. at 45:20-46:3. |
|---|---|---|
| Patricia McKelvy | Testified that she would drive "usually a hundred miles a day," or more, and that her mileage per run "could be anywhere from three miles to thirty." | McKelvy Tr. at 53:10-17, 68:12-19. |
| Joseph Stevens | Testified that he could drive between 100 to 200 miles per shift, and between 500 and 1,000 miles per week. | Stevens Tr. at 60:7-13. |
| Robert Wehby | Testified that he could drive between 50 to 100 miles per shift. | Wehby Tr. at 75:24-76:7. |

| **Use of Vehicle for Personal Reasons** | | |
|---|---|---|
| **Opt-In Name** | **Testimony** | **Citation to Deposition Tr.** |
| Ricardo Adams | Testified that he used car for commuting to other job at yoga studio. | Adams Tr. at 70:11-19. |
| Craig Allen | Testified "Well, yes. Go to grocery store and pretty much just really -- yeah, that's personal, need to go to the grocery store or go to the park. That's mainly personal use. And go to work." | Allen Tr. at 78:5-15. |
| Carl Brown | Testified that he used car to drive long distance to Iowa approximately 12 times per year. | Brown Tr. at 65:14-22. |
| Pam Cunningham | Testified that she used car to "go to the store, go to work, | Cunningham Tr. at 82:12-23. |

3

79324056v.2

| | pick my kid up from school. That's -- just regular things." | |
|---|---|---|
| Thomas Hagen | Testified that he used car for "going to work and back and going to the store." | Hagen Tr. at 65:18-22. |
| Bret Johnson | Testified that he used car for personal errands. | Johnson, B. Tr. at 49:5-14. |
| Jared Michael Johnson | Testified that he used car to "go to the store and run other errands," and "to visit friends or do other social activities." | Johnson, J. Tr. at 44:24-45:12. |
| Wilson Macias | Testified that he used car to "Go to the store, drop off my son at the school, pick him up. I would go to work, I would -- let me see what else, doctor appointments, etcetera." | Macias Tr. at 45:4-18. |
| Edward F. Nuncio | Testified that he used car for household errands and long distance trips. | Nuncio Tr. at 24:18-25:6. |
| Latricia Roberts | Testified that she used car for a road trip vacation to Mississippi. | Roberts Tr. at 74:3-10. |
| Pilar Sanchez | Testified to using car for going back and forth to work and the store. | Sanchez Tr. at 36:1-10. |
| Ahmed Saraji | Testified to using car for personal errands. | Saraji Tr. at 57:8-17. |
| Tori Ditizio | Testified to using car for commuting to other job and going to school. | Ditizio Tr. at 39:11-40:1. |
| Travis Grafitti | Testified that he used car to go to schools, skiing in the mountains, and other personal reasons. | Grafitti Tr. at 92:9-24. |

4

79324056v.2

| Robert L. Wray | Testified to using car "Just personal business, grocery shopping, going out to dinner, occasional vacation." | Wray Tr. at 72:10-13. |

| **Amount of Personal Use Relative to Papa John's Use** ||| 
| **Opt-In Name** | **Testimony** | **Citation to Deposition Tr.** |
| Henry Kisielwicz | Testified that he used his car to make deliveries for Papa John's only 25% of the time and for personal reasons, 75% of the time (three times more). | Kisielwicz Tr. at 71:13-18. |
| Edward F. Nuncio | Testified that he used car sixty percent of the time on personal use. | Nuncio Tr. at 24:18-25:6. |
| Noah Steinberg | Testified that "It was probably somewhere like around 75 for my main job and 25 for Papa John's, percent." | Steinberg Tr. at 53:4-13. |
| Daniel Timm | Testified that "For the 2 or 3 weeks of December of 2017 that I used the Expedition for both work at Topgolf and work at Papa John's, it was about a 50/50 split because I worked a lot right there at the beginning." | Timm Tr. at 58:21-24. |
| Leonard Williams | Testified that it was a 50/50 split. | Williams, L. Tr. at 96:6-8. |
| Saint DJ Wilson | Testified that it was "On a percentage. During that time most of my life was work. So that would -- work takes up -- took up a good 60, 70 percent | Wilson Tr. at 39:18-40:5. |

5

| | | |
|---|---|---|
| | of my time. So maybe 30, 40 personal." | |
| William Chihota | Testified that use of car was "Maybe 20 percent for personal errands and 80 percent for Papa John's." | Chihota Tr. at 39:8-40:12. |
| Brian Foran | Testified that his use of car was "one fourth personal." | Foran Tr. at 26:1-11. |
| Thomas Hagen | Testified that "I would say I used it for deliveries about 50 percent of the time." | Hagen Tr. at 66:10-14. |
| Ashley King | Testified to using car for "80 percent work." | King Tr. at 87:17-22. |
| Matthew Langdon | Testified to using car "80, 85 percent of the time for deliveries." | Langdon Tr. at 41:6-8. |
| Andrew Zuckerberg | Testified to using car "Probably about 25 percent of the time." | Zuckerberg Tr. at 24:18-25:2. |
| Noah Steinberg | Testified about use of car that "It was probably somewhere like around 75 for my main job and 25 for Papa John's, percent." | Steinberg Tr. at 53:4-13. |

| Shared Vehicle | | |
|---|---|---|
| **Opt-In Name** | **Testimony** | **Citation to Deposition Tr.** |
| Rodney Lewis Fields | Testified that his wife and son also used the car he used to make deliveries. | Fields Tr. at 63:2-8. |
| Jared Michael Johnson | Testified that his parents also used the car he used to make deliveries for Papa John's to "get to work" and "to go to | Johnson, J. Tr. at 44:24-45:12. |

6

79324056v.2

|  | the store and run other errands." |  |
|---|---|---|
| Edward F. Nuncio | Testified that his son used car once a week to see friends, go shopping, and once to go camping in another state. | Nuncio Tr. at 26:8-20. |
| Wilson Macias | Testified that "[i]t was my wife's and I's car," which his wife used to run personal errands. | Macias Tr. at 35:1-6, 45:10-14. |
| Saint DJ Wilson | Testified that he shared his car with his wife, who was also using that car to make deliveries for PJI during the same time period as the Opt-In. She also used that car for personal reasons as well. | Wilson Tr. at 64:7-22 and at 46:15-25. |

79324056v.2