UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

WILLIAM DURLING, MICHAEL MORRIS, JAMES MORTON, JR., RICHARD SOBOL, MUHAMMAD SULTAN and TOM WOLFF for themselves and all others similarly situated,

          Plaintiff,

- against -

PAPA JOHN'S INTERNATIONAL, INC.,

          Defendant.

------------------------------------------------------------ X

Case No. 7:16-CV-03592

Class/Collective Action

> Defendant's request to extend the stay until 9/1/22 is granted.  Status report due 9/1/22.
>
> SO ORDERED.
>
> *Cathy Seibel*   8/19/22
> CATHY SEIBEL, U.S.D.J.

## JOINT STATUS REPORT

In accordance with the Court's June 29, 2022 Order (Doc. No. 574), the Parties submit this joint status report.

On August 11, 2022, the Parties participated in an in-person mediation session with mediator Hon. Wayne R. Andersen (Ret.).  Unfortunately, despite good faith efforts by the Parties and Judge Andersen, we were unable to resolve this matter on August 11. On August 17, 2022, just before midnight, Judge Andersen issued to the Parties his mediator's proposal. Plaintiffs' counsel notified Judge Andersen and Papa John's this morning that it was rejecting the mediator's proposal and submitted Plaintiffs' final all-in settlement demand.  Papa John's is still considering Plaintiffs' final settlement demand and intends to provide a response in the next few days.

The Parties disagree on how this case should proceed at this juncture.  Plaintiffs' position is to request that the Court lift the current stay of all proceedings and reschedule the Bench Ruling on the pending cross-motions for collective certification for the earliest date convenient

to the Court. Papa John's proposes that the Parties be given an additional 14 days to attempt to reach a settlement after which the Parties will submit another joint status report.

86121137v.1

**Dated: August 18, 2022**

| | |
|---|---|
| **FINKELSTEIN, BLANKINSHIP,** <br> **FREI-PEARSON & GARBER, LLP** <br> *Attorneys for Plaintiffs* | **SEYFARTH SHAW LLP** <br> *Attorneys for Defendant Papa John's International, Inc.* |
| By: __/s/ Jeremiah Frei-Pearson__ <br> Jeremiah Frei-Pearson <br> D. Greg Blankinship <br> Andrew C. White <br> FINKELSTEIN, BLANKINSHIP, <br> FREI-PEARSON & GARBER, LLP <br> 445 Hamilton Avenue, Suite 605 <br> White Plains, NY 10601 <br> Telephone: (914) 298-3281 | By: __/s/ Gerald L. Maatman, Jr.__ <br> Gerald L. Maatman, Jr. <br> 620 Eighth Avenue <br> New York, NY 10018-1405 <br> Telephone: (212) 218-5500 |
| **WEINHAUS & POTASHNICK, LLP** <br> Mark Potashnick <br> 11500 Olive Blvd., Suite 133 <br> St. Louis, Missouri 63141 <br> Telephone: (314) 997-9150 <br> Facsimile: (314) 997-9170 <br> markp@wp-attorneys.com <br> *Pro Hac Vice* | Kristine Argentine <br> Michael DeMarino <br> Matthew Gagnon <br> 233 South Wacker Drive <br> Suite 8000 <br> Chicago, IL 60606-6448 <br> Telephone: (312) 460-5000 |

**STEPHAN ZOURAS, LLP**
David J. Cohen
604 Spruce Street
Philadelphia, PA 19106
Telephone: (215) 873-4836
dcohen@stephanzouras.com
*Pro Hac Vice*

**PAUL LLP**
Richard M. Paul III (MO # 42233)
601 Walnut Street, Suite 300
Kansas City, MO 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Email: rick@paulllp.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*
*and Collective Action Class*

86121137v.1